PETER W. SKEFFINGTON v. JAMES R. PRANTE.

Opinion filed March 20, 1908.

Appeal from District Court, Ransom County; *Allen, J.*

Action by Peter W. Skeffington against James R. Prante and others. From an order sustaining a demurrer to the complaint, plaintiff appeals.

Affirmed.

*T. A. Curtis,* for appellant.
*Rourke, Kvello & Adams,* for respondent.

PER CURIAM.   This case comes here in all material respects on the same questions involved in Ross et al v. Prante et al. (argued and decided at this term), 17 N. D. 226, 115 N. W. 833, the opinion in which has this day been filed. The decision in that case is controlling in all respects in the case at bar.

The order of the district court, sustaining respondents' demurrer to appellant's complaint, is affirmed.